JOHN BORLAND, JR., *ET AL.*, PLAINTIFFS-APPELLANTS, v. BAYONNE HOSPITAL, *ET AL.*, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued June 3, 1975—Decided July 3, 1975.

Before Judges MATTHEWS, FRITZ and BOTTER.

*Mr. Harold Krieger* argued the cause for appellants (*Messrs. Krieger & Chodash,* attorneys; *Mr. Frank L. Brunetti,* on the brief).

*Mr. Bruce D. Shoulson* argued the cause on behalf of all respondent hospitals (*Messrs. Lowenstein, Sandler, Brochin, Kohl & Fisher,* attorneys for respondent Beth Israel Medical Center; *Mr. Michael L. Rodburg,* on the brief).

*Mr. Omer F. Brown, II,* Deputy Attorney General, argued the cause for respondent Commissioners of Insurance and Health (*Mr. William F. Hyland,* Attorney General, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel).

PER CURIAM. We affirm substantially for the reasons expressed by Judge Fink in his opinion reported at 122 *N. J. Super.* 387 (Ch. Div. 1973). See also 135 *N. J. Super.* 200.